JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AD WELCH, | ) Case No. CV 26-2107 FMO (Ex) |
| Plaintiff, | ) |
| v. | ) |
| | ) **JUDGMENT** |
| EQUIFAX INFORMATION SERVICES LLC, et al. | ) |
| Defendants. | ) |

**IT IS ADJUDGED** that the above-captioned case is dismissed without prejudice.

Dated this 14th day of April, 2026.

/s/
Fernando M. Olguin
United States District Judge